**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1591**

JOHN PAUL TURNER,

        Petitioner – Appellant,

    v.

COMMONWEALTH OF VIRGINIA,

        Respondent – Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (7:10-cv-00555-SGW-mfu)

Submitted: September 16, 2011    Decided: October 7, 2011

Before WILKINSON, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Paul Turner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Turner v. Virginia</u>, No. 7:10-cv-00555-SGW-mfu (W.D. Va. May 27, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>